CN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

156

UNITED STATES OF AMERICA

v.

LAWRENCE MELLOT,
a/k/a "Twisted"

: CRIMINAL NO. 98-291-05

FILED
JUL 09 1999
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 29th day of June, 1999, it is hereby

ORDERED

that the Government's Motion for Departure from Guideline Sentencing Range Pursuant to U.S.S.G. §5K1.1 and From the Statutorily Imposed Mandatory Minimum Sentence Pursuant to 18 U.S.C. § 3553(e) is hereby GRANTED.

BY THE COURT:

_____
HONORABLE CLARENCE C. NEWCOMER
United States District Court

Copy given to Counsel
at hearing:

Huffman
Dominguez
6-29-99